■  IRA CLIFF SCHULMAN et al., Appellants, v GREENWICH AS-
SOCIATES, LLC, et al., Respondents. (And a Third-Party Action.)
[859 NYS2d 421]—

Order, Supreme Court, New York County (Marylin G. Dia-
mond, J.), entered September 24, 2007, which, to the extent ap-
pealed from, granted the motion to dismiss the complaint as
against defendant Wallach and denied plaintiffs' cross motion to
amend the complaint, unanimously affirmed, without costs.

Plaintiffs failed to plead fraud with the requisite specificity
(CPLR 3016 [b]), and their proposed amended complaint fails to
cure this deficiency. The causes of action for fraud and fraud in
the inducement merely allege that defendants did not intend to
properly perform the construction contemplated in the contract.
This is insufficient. "While a party who is fraudulently induced
to enter into a contract may join a cause of action for fraud with
one for breach of the same contract, it may do so only if the
misrepresentations alleged consist of more than mere promis-
sory statements about what is to be done in the future," and
the alleged misrepresentations "must be misstatements of ma-
terial fact or promises made with a present, but undisclosed
intent not to perform them" (*Eastman Kodak Co. v Roopak
Enters.*, 202 AD2d 220, 222 [1994]). Plaintiffs have failed to al-
lege what misrepresentations, if any, were made by the individ-
ual defendant, and have not asserted any allegations that would
warrant imposing individual liability upon him. Concur—
Andrias, J.P., Gonzalez, Moskowitz and DeGrasse, JJ.